■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT ANTHONY CARMONA, Appellant. [642 NYS2d 825] —Judgment unanimously affirmed. Memorandum: Defendant's sentence of concurrent terms of incarceration of $7^1/2$ to 15 years for conviction of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree is not unduly harsh or severe. We reject the contention of defendant in his *pro se* supplemental brief that he was denied effective assistance of counsel (*see, People v Baldi,* 54 NY2d 137, 147). (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Pine, Fallon, Wesley and Balio, JJ.